United States District Court
Southern District of Texas
**FILED**

MAR - 6 2020

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> §<br> vs. §<br> §<br> ALEJANDRO VIDAL-HERNANDEZ §<br> aka Toño, §<br> §<br> §<br> Defendants. § | CRIMINAL NO. B-20-166 |

PARTIALLY
uN– SEALED REDACTED
INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Conspiracy to Commit Forced Labor)

Beginning in or about December 2019 to on or about February 8, 2020, in the Southern District of Texas and elsewhere,

**ALEJANDRO VIDAL-HERNANDEZ aka "Toño"**

conspired and agreed with each other, and others known and unknown to the Grand Jury, to knowingly provide and obtain the labor and services of any persons by means of threats of serious harm to said persons.

In violation of Title 18, United States Code, Sections 1594(b), 1589(a)(2), and 1589(d).

### COUNT TWO
### (Forced Labor)

Beginning in or about December 2019 to on or about February 8, 2020, in the Southern

District of Texas and elsewhere,

**ALEJANDRO VIDAL-HERNANDEZ aka "Toño"**

did knowingly provide and obtain the labor and services of "E.S." by means of threats of serious harm to "E.S."

In violation of Title 18, United States Code, Section 1589(a)(2), 1589(d) and Section 2.

## COUNT THREE
### (Forced Labor)

Beginning in or about January 2020 to on or about February 8, 2020, in the Southern District of Texas and elsewhere,

**ALEJANDRO VIDAL-HERNANDEZ aka "Toño"**

did knowingly provide and obtain the labor and services of "X.G." by means of threats of serious harm to "X.G."

In violation of Title 18, United States Code, Section 1589(a)(2), 1589(d) and Section 2.

## COUNT FOUR
### (Conspiracy to Induce and Harbor)

Beginning in or about December 2019 to on or about February 8, 2020, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ALEJANDRO VIDAL-HERNANDEZ aka "Toño"**

did knowingly and willfully conspire and agree with other persons known and unknown to the Grand Jurors to violate Title 8, United States Code, Section 1324(a)(1)(A)(iii) and (iv), that is, the object of their conspiracy and agreement was to conceal, harbor and shield from detection and

attempt to conceal, harbor and shield from detection by means of a building or any means of transportation, an alien who had come to, entered, and remained in the United States, in violation of law, and in furtherance of said alien's illegal presence in the United States, and to encourage or induce an alien to come to, enter, or reside in the United States, knowing or in reckless disregard of the fact that such coming to, entry, or residence is or will be in violation of law.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

## COUNT FIVE
### (Harboring Certain Illegal Aliens)

Beginning in or about December 2019 to on or about February 8, 2020, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ALEJANDRO VIDAL-HERNANDEZ aka "Toño"**

knowing and in reckless disregard of the fact that an alien, "E.S.", had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield and attempt to conceal, harbor and shield from detection such alien in buildings and other places and by means of transportation, in furtherance of such violation of law and for the purpose of commercial advantage or private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT SIX
### (Harboring Certain Illegal Aliens)

Beginning in or about January 2020 to on or about February 8, 2020, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

ALEJANDRO VIDAL-HERNANDEZ aka "Toño"

knowing and in reckless disregard of the fact that an alien, "X.G.", had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield and attempt to conceal, harbor and shield from detection such alien in buildings and other places and by means of transportation, in furtherance of such violation of law and for the purpose of commercial advantage or private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT SEVEN
### (Encouraging Certain Illegal Aliens)

In or around December, 2019, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

did encourage and induce an alien, "E.S.", to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence in the United States was in violation of law and for the purpose of commercial advantage or private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and 1324(a)(1)(B)(i).

## COUNT EIGHT
### (Encouraging Certain Illegal Aliens)

In or around January, 2020, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

did encourage and induce an alien, "X.G.", to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence in the United States was in violation of law and for the purpose of commercial advantage or private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and 1324(a)(1)(B)(i).

### **NOTICE OF FORFEITURE**

Pursuant to Title 18, United States Code, Section 1594(d), the United States gives notice to defendant,

**ALEJANDRO VIDAL-HERNANDEZ aka "Toño"**

that in the event of conviction of an offense in violation of Title 18, United States Code, Section 1589, as charged in this Indictment, the following property is subject to forfeiture:

(1) all real and personal property that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation and all property traceable to such property; and

(2) all real and personal property constituting or derived from, proceeds obtained, directly or indirectly, as a result of such violation and all property traceable to such property.

## NOTICE OF FORFEITURE

Pursuant to Title 8, United States Code, Section 1324(b), the United States gives notice to defendant,

### ALEJANDRO VIDAL-HERNANDEZ aka "Toño"

that in the event of conviction of an offense in violation of Title 8, United States Code, Section 1324, as charged in this Indictment, the following property is subject to forfeiture:

(1) all real and personal property that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation and all property traceable to such property; and

(2) all real and personal property constituting or derived from, proceeds obtained, directly or indirectly, as a result of such violation and all property traceable to such property.

### Money Judgment and Substitute Assets

The United States may seek the imposition of a money judgment against the defendant. Defendant is notified that in the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant up to the total value of the property subject to forfeiture.

A True Bill:

_____
FOREPERSON GRAND JURY

RYAN K. PATRICK
United States Attorney

By: *Nicole Piquette*
NICOLE E. PIQUETTE
Assistant United States Attorney